

U.S. Department of Justice

*United States Attorney*
*Eastern District of New York*

JLG
F. #2018R02050

*610 Federal Plaza*
*Central Islip, New York 11722*

October 19, 2018

By E-mail

The Honorable Gary R. Brown
United States Magistrate Judge
Eastern District of New York
100 Federal Plaza
Central Islip, NY 11722

   Re: United States v. Ronald DiRisi
     <u>Criminal Docket No.</u> 18-MJ-998

Dear Judge Brown:

  The government respectfully submits this letter to request that the Court order that the complaint and arrest warrant in the above-captioned matter be unsealed. A proposed order is enclosed for the Court's consideration.

           Respectfully submitted,

           RICHARD P. DONOGHUE
           United States Attorney

      By:   /s/
           Justina L. Geraci
           Assistant U.S. Attorney
           (631) 715-7835

Enclosure

cc: Clerk of Court (by ECF)